# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO: 2:07-CR-001 |
| vs. | ) | 2:11-CR-223 |
| | ) | |
| ARTHUR SCHLICHTER, | ) | JUDGE WATSON |
| SSN: ***-**-2027 | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BERT BELL/PETE ROZELLE NFL PLAYER | ) | |
| RETIREMENT PLAN AND NFL SECOND | ) | |
| CAREER SAVINGS PLAN | ) | |
| | ) | |
| Garnishee. | ) | |

## WITHDRAWAL OF APPLICATION FOR ORDER FOR WRIT OF GARNISHMENT

The Plaintiff, United States of America, hereby withdraws its Application for a Writ of Garnishment filed on November 22, 2017 for case 2:07-CR-001 (Doc. 5) and case 2:11-CR-223 (Doc. 67).   Since the filing of the motion, Plaintiff has verified that Defendant has no assets being held by the Garnishee in either the NFL Player Retirement Plan or NFL Second Career Savings Plan.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/ Bethany J. Hamilton
BETHANY J. HAMILTON (0075139)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5240
Bethany.Hamilton@usdoj.gov

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Application for a Writ of Continuing Garnishment

was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first

class mail, postage prepaid, this 7th day of December, 2017 to:


Arthur Schlichter, 30044-048
FCI Williamsburg
P.O. Box 220
Salters, SC 29590

Bert Bell/Pete Rozelle NFL Player Retirement Plan and
NFL Player Second Career Savings Plan
Attn: Alvaro Anillo, Esq.
1701 Pennsylvania Ave., NW
Washington, DC 20006

Groom Law Group, Chartered (Counsel for Garnishee)
Attn: Alvaro I. Anillo, Esq.
1701 Pennsylvania Ave., N.W.
Washington, D.C. 20006-5811

s/ Bethany J. Hamilton
BETHANY J. HAMILTON (0075139)
Assistant United States Attorney