IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTHUR SCHLICHTER,
SSN: ***-**-2027

    Defendant.

: CASE NO: 2:11-CR-223
: JUDGE WATSON

and

CLAIMS ADMINISTRATOR FOR THE
NFL CONCUSSION SETTLEMENT
PROGRAM

    Garnishee.

## ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff United States of America for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of 28 U.S.C. § 3205, and grants Plaintiff's application.

**IT IS SO ORDERED.**

DATE:

_____
UNITED STATES DISTRICT JUDGE