IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTHUR SCHLICHTER,
SSN: \*\*\*-\*\*-2027

    Defendant.

: CASE NO: 2:11-CR-223
: JUDGE WATSON

and

CLAIMS ADMINISTRATOR FOR THE
NFL CONCUSSION SETTLEMENT
PROGRAM

    Garnishee.

## WRIT OF CONTINUING GARNISHMENT

TO THE ATTENTION OF:  Claims Administrator for the NFL Concussion Settlement Program
P.O. Box 25369
Richmond, VA 23260

An application for a Writ of Continuing Garnishment against the property of Defendant Arthur Schlichter ("Defendant") has been filed with this Court.

Judgment was entered against Arthur Schlichter in Case No. 2:11-CR-223 on May 16, 2012 in the amount of $2,190,131.95. The amount of the debt that remains unpaid and due and owing is $2,189,781.95, as of November 16, 2018. No interest accrues on the debt.

The United States is represented by Bethany J. Hamilton, Assistant United States Attorney.

You are required by law to answer in writing, under oath, within 10 days, whether or not you have in your custody, control or possession, any property owned by Defendant.

You must file the original written answer to this Writ within 10 days of your receipt of this Writ with the United States District Clerk at:

Clerk U.S. District Court 85 Marconi Blvd. Columbus, OH 43215

Additionally, you are required by law to serve a copy of this answer upon Defendant at:

Arthur Schlichter
FCI Edgefield
P.O. Box 723
Edgefield, SC 29824

You must also serve a copy of this answer on the United States at:

Bethany J. Hamilton, Assistant United States Attorney
U.S. Attorney's Office for the Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215-2401
(614) 469-5715

NOW THEREFORE, YOU ARE HEREBY COMMANDED to withhold and retain any property and/or monies in which Defendant has a substantial nonexempt interest and for which you are or may become further indebted to Defendant pending further order of the Court.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of Defendant's non-exempt property. It is unlawful to pay or deliver to Defendant any item attached by this Writ. Additionally, you may be held liable for reasonable attorney's fees to the United States of America.

The garnishment shall terminate only by one of the following:

1. A court order quashing the Writ of Continuing Garnishment;

2. Exhaustion of property in the possession, custody or control of the garnishee in which Defendant has a substantial nonexempt interest (including nonexempt disposable earnings) unless the garnishee reinstates or re-employs Defendant within 90 days after Defendant's dismissal or resignation; or

3. Satisfaction of the debt with respect to which the Writ is issued.

Questions are to be directed to:

> Bethany J. Hamilton, Assistant United States Attorney
> U.S. Attorney's Office for the Southern District of Ohio
> 303 Marconi Boulevard, Suite 200
> Columbus, Ohio 43215-2401
> (614) 469-5715

Dec. 3, 2018
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE