IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        : CASE NO: 2:11-CR-223
                                          : JUDGE WATSON

ARTHUR SCHLICHTER,
SSN:***-**-2027
    Defendant.

And

CLAIMS ADMINISTRATOR FOR
THE NFL CONCUSSION SETTLEMENT
PROGRAM
    Garnishee.

## DEFENDANT'S REQUEST FOR GARNISHMENT HEARING

__X__     I request a hearing.

_____     I request an expedited hearing within 5 days.

12/06/2018                                             _____
Date                                                    Daniel Chamberlain on behalf of Arthur Schilichter

Respectfully submitted,
COHEN & MALAD, LLP

_____
Daniel S. Chamberlain, #16375-49
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481 (phone)
(317) 636-2593 (fax)