IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO: 2:11-CR-223** |
| v. | : | **JUDGE WATSON** |
| | : | |
| **ARTHUR SCHLICHTER,** | : | |
| SSN: \*\*\*-\*\*-2027 | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

and

**CLAIMS ADMINISTRATOR FOR THE
NFL CONCUSSION SETTLEMENT
PROGRAM**

**Garnishee.**

## FINAL ORDER OF GARNISHMENT

On December 3, 2018, a Writ of Continuing Garnishment ("Writ") was duly issued to the

Garnishee, Claims Administrator for the NFL Concussion Settlement Program ("Garnishee").  (Doc.

No. 71).  The Writ was served upon the Garnishee on December 4, 2018.

Pursuant to the Writ, the Garnishee filed an Answer on December 10, 2018, stating that

Garnishee is in possession, custody or has in its control, personal property belonging to and due the

Defendant; that Defendant is entitled to receive funds relating to the settlement of Defendant's claim

in *Turner v. National Football League and NFL Properties, LLC (In re: National Football League*

*Players' Concussion Injury Litigation)*, Case No. 2:12-md-02323-AB ("NFL Concussion Settlement").

(Doc. No. 75)

Plaintiff United States of America and Defendant Arthur Schlichter entered into a Stipulated

Agreement regarding the liquidation of Defendant's interest in the NFL Concussion Settlement held by

Garnishee, Claims Administrator for the NFL Concussion Settlement Program. (Doc. No. 76)

IT IS HEREBY ORDERED that the Garnishee shall forward the funds relating to Defendant's claim in the NFL Concussion Settlement, currently estimated by the Garnishee to be $682,379.16. The check shall be made payable to "Clerk, U.S. District Court" and sent to the Clerk of Courts, U.S. District Court, 85 Marconi Boulevard, Columbus, Ohio 43215.

IT IS FURTHER ORDERED that from these funds the Clerk of Courts shall issue three checks: 1) Scott & Nolder Co., LPA in the amount of $31,892.25, 2) Nicholas C. Huang, P.C. in the amount of $20,000.00, and 3) Mila Schlichter in the amount of $43,107.75. The checks should be sent to addresses provided in the Stipulated Agreement. The Clerk shall hold the remaining funds received from Garnishee for the benefit of the victims in this case and shall not distribute them until receiving further written instructions from the U.S. Attorney's office.

LASTLY, IT IS ORDERED that should Defendant become entitled to any additional funds from the NFL Concussion Settlement, Garnishee shall pay over those funds to Plaintiff, including, but not limited to, a denial of either a derivative claim and/or of the Lead Counsel's Claim., making the check payable to "Clerk, U.S. District Court" and sent to the address provided herein.

Date: June 24, 2019

UNITED STATES DISTRICT JUDGE