# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America,**

    v.

**Arthur E. Schlichter,**

    Defendant.

Case No. 2:11-cr-223

Judge Michael H. Watson

## OPINION AND ORDER

The State of Ohio moves to intervene in this case for the limited purpose of securing partial restitution on behalf of victims in a related state-court criminal proceeding.  ECF No. 79.  The State of Ohio also moves for an order directing the Clerk to turn over $177,975 to the Franklin County Court of Common Pleas.  ECF No. 80.  These funds were received by Defendant from a concussion settlement with the NFL, and the funds are currently being held for the benefit of Defendant's victims.  One of the victims in this case, Anita Barney, owes restitution in a state-court case in Franklin County.  Neither motion is opposed.  For good cause shown, the Court **GRANTS** both the motion to intervene and the motion to transfer funds.  The Clerk is **DIRECTED** to issue payment of $177,975 addressed to the Clerk, Franklin County Common Pleas Clerk of Courts, 345 South High Street, Columbus, Ohio 43215.

    **IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**