AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF

**ORIGINAL**

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

Arthur Schlichter
776 McLean St
Washington Courthouse, Ohio 43160

Case Number: 2:11cr223

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| Joseph P. Kinneary Courthouse<br>85 Marconi Blvd Cols OH 43215 | Courtroom 120 |
| | Date and Time |
| Before: District Judge Michael H. Watson | Tuesday, November 15, 2022 at 10:00 a.m. |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, _____

Brief description of offense:

**Show Cause Hearing**

_Jennifer Kacsor, CRD_
Name and Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

11/3/22
Date