# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

United States of America,

v.

Case No. 2:11-cr-223

Arthur E Schlichter,

Judge Michael H. Watson

Defendant.

## ORDER

The show cause hearing scheduled for Tuesday, December 12, 2023, at 11:00 a.m. is **VACATED**. The hearing will be rescheduled at a later date.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Case No. 2:20-cr-125

Jeremy Todd Williamson,

Judge Michael H. Watson

Defendant.

### ORDER

The final revocation of supervised release hearing is **RESCHEDULED** for 2:30 p.m. on December 6, 2023.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT